UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

v.

Case No. 13-cr-32-02-SM

Barbara Doyle,
    Defendant

O R D E R

Defendant Doyle's Motion to Continue the final pretrial conference and trial for 60 to 90 days is granted (document no. 14). Trial has been rescheduled for the month of October 2013. Defendant Doyle shall file a waiver of speedy trial rights not later than July 8, 2013. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 4, 2013 at 10:00 a.m.

Jury selection will take place on October 16, 2013 at 9:30 a.m.

SO ORDERED.

                              Steven J. McAuliffe
                              United States District Judge

June 26, 2013

cc:    Charles Keefe, Esq.
       Nick Abramson, AUSA
       U.S. Marshal
       U.S. Probation